NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LONDER B. DAVIS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3069

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100459-B-1.

---

## ON MOTION

---

## ORDER

Londer B. Davis moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Londer B. Davis
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

**JAN HORBALY
CLERK**